UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT A. KOSKI,

    Petitioner,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Respondent :
_____/

Civil No. 11-14894

HON. VICTORIA A. ROBERTS

MAGISTRATE JUDGE MONA K. MAJZOUB

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**I. INTRODUCTION**

Before the Court is Magistrate Judge Mona K. Majzoub's denial of Robert A. Koski's ("Koski") Motion for Summary Judgment. This matter was referred to Magistrate Judge Majzoub pursuant to 28 U.S.C. § 636(b)(1). On January 2, 2013 the Magistrate Judge filed her Report and Recommendation which held that the Administrative Law Judge ("ALJ") did not abuse his discretion when he failed to refer Koski for additional cognitive testing before denying Koski's disability request. Koski seeks review of the Magistrate Judge's Report and Recommendation.

This Court reviews *de novo* any part of the Magistrate Judge's Report and Recommendation on a dispositive motion that is property objected to. 28 U.S.C. § 636(b)(1). After careful review of the entire record, the Court agrees with the Magistrate Judge. She created a thorough Report and Recommendation which lays out the facts

1

and procedural history of the case, as well as the relevant case law and regulations. Moreover, she upholds the ALJ's decision with a reasoned explanation.

Accordingly, the Court **ACCEPTS** Magistrate Judge Mona K. Majzoub's Report and Recommendation. Koski's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment is **GRANTED**.

S/Victoria A. Roberts<br>
Victoria A. Roberts<br>
United States District Judge

Dated: February 22, 2013

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 22, 2013.<br><br>S/Linda Vertriest<br>Deputy Clerk |

2